THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAIK HAMANJIAN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of assault in the third degree, unanimously affirmed. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS HELLER, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of assault in the third degree, unanimously affirmed. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MASHLANKO, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of assault in the third degree, unanimously affirmed. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUBERT F. SHANNON, Originally Designated as H. F. SHANNON, Appellant,— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of uttering a false check in violation of section 1292-a of the Penal Law and suspending sentence, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE SINGER, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, adjudging defendant guilty of a violation of section 2411 of the Penal Law and fining him $250 or, in lieu thereof, directing that he be confined in the city prison for sixty days, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.